STATE OF NEW JERSEY v. HAKEEM SHAKOOR,
A/K/A MARK JACKSON.

February 6, 1987.

Petition for certification denied.

STATE OF NEW JERSEY, BOARD OF ARCHITECTS v.
GEORGE N. NORTH.

February 6, 1987.

Petition for certification denied.

ANTHONY V. THOMAS, INC., ETC. v. DUNECREST ASSOCIATES,
AND WILLIAM J. RODGERS, ET AL.

February 6, 1987.

Petition for certification denied.

LEO POPOV v. RODINA AMERICAN RUSSIAN
WELFARE SOCIETY.

February 6, 1987.

Petition for certification denied.